Opinion issued June 27, 2002













In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-00417-CR

____________


AGUEDO ALFARO, Appellant


V.


THE STATE OF TEXAS, Appellee







On Appeal from the 182nd District Court

Harris County, Texas

Trial Court Cause No. 774547






MEMORANDUM OPINION

 The State filed a motion to dismiss this appeal for lack of jurisdiction. We
grant the motion.

 Appellant was sentenced in this case on June 12, 1998. No motion for new
trial was filed. The deadline for filing notice of appeal was therefore Monday, July
13, 1998, because the thirtieth day after sentencing fell on a weekend. Tex. R. App.
P. 4.1(a), 26.2(a)(1). Notice of appeal was filed on March 20, 2002, well after the
deadline.

 We therefore dismiss the appeal for lack of jurisdiction. Slaton v. State, 981
S.W.2d 208, 209-10 (Tex. Crim. App. 1998); Olivo v. State, 918 S.W.2d 519, 522
(Tex. Crim. App. 1996).

 It is so ORDERED.

PER CURIAM

Panel consists of Justices Mirabal, Taft, and Alcala.

Do not publish. Tex. R. App. P. 47.